IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr.No. 01-057ML |
| JONATHAN A. BRIGGS | : | |

1B1.10 <u>REDUCTION IN TERM OF IMPRISOMENT AS A RESULT OF AMENDED GUIDELINE RANGE</u>( policy Statement )

Now comes defendant Jonathan A.Briggs seeking a two point level reduction from the guidelines set and sign on March 3,2008. At the sentencing hearing on April 11,2002, the Court denied that motion (A-22), and sentenced the defendant to an extremely harsh sentence to 140 months in prison.

<u>Factors for Consideration</u>-

Consistent with 18 U.S.C. 3582(c) the court shall consider the factors set forth in 18 U.S.C.3553(a) in determining:

whether a reduction in the defendants term of imprisoment is warranted; and the extent of such reduction, but only within the limits described in subsection (b).

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an Inmate at FCI Ray Brook new york and is a person of such age and discretion as to serve papers.

that on Februrary 27,2008 I served a copy of the attached

**1B1.10 REDUCTION IN TERM OF IMPRISOMENT AS A RESULT OF AMENDED GUIDELINE RANGE.**

By placing said copy in a postpaid envelope addressed to the persons hereinafter named. at the places and addresses stated below,which are the last known addresses, and by depositing said envelopes and contents in the United States Mail at FCI Ray brook.NY

ADDRESSEE:

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
PROVIDENCE,RI 02903-1779

JONATHAN A. BRIGGS

Jonathan Briggs

At the sentencing hearing on April 11, 2002, the court denied that motion (A-22), and sentenced the 22-year-old Briggs to 140 months in prison, which the judge acknowledged was an extremely harsh sentence. (A-23).